IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAMUS L. KING, | § | |
| | § | No. 15, 2022 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No: 0103017879(K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellees. | § | |

Submitted: September 21, 2022
Decided: September 23, 2022

Before **SEITZ**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## ORDER

This 23rd day of September, 2022, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its December 20, 2021 bench ruling[1] denying in part and granting in part Defendant's Motion for Modification of Sentence.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] App. to Opening Br. at A377–88.